

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00406-CV

| | | |
|---|---|---|
| AREA METROPOLITAN AMBULANCE AUTHORITY D/B/A MEDSTAR MOBILE HEALTH, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-332054-22) |
| V. | § | March 9, 2023 |
| FREDERICK REED, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack